UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.    CASE NO. 6:24-cr-195-JSS-LHP
         18 U.S.C. § 2422(b)
         18 U.S.C. § 2260A

DELTA HENRY RUSHING, II

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Enticement of a Minor to Engage in Illegal Sexual Activity)**

From on or about November 3, 2022, through on or about December 5, 2022, in the Middle District of Florida, and elsewhere, the defendant,

DELTA HENRY RUSHING, II,

using a facility and means of interstate commerce, did knowingly persuade, induce, entice, and coerce an individual who the defendant believed had not attained the age of 18 years, to engage in sexual activity for which any person could be charged with a criminal offense, specifically: Florida Statute § 800.04(4)(a).

In violation of 18 U.S.C. § 2422(b).

### COUNT TWO
**(Commission of a Felony Involving a Minor by a Registered Sex Offender)**

From on or about November 3, 2022, through on or about December 5, 2022, in the Middle District of Florida, and elsewhere, the defendant,

DELTA HENRY RUSHING, II,

being required by Federal or other law to register as a sex offender, committed a felony offense involving a minor under 18 U.S.C. § 2422(b).

In violation of 18 U.S.C. § 2260A.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 2428.

2. Upon conviction of a violation of 18 U.S.C. § 2422(b), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 2428:

    a. any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

    b. any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

3. The property to be forfeited includes, but is not limited to, the following: a Black Samsung cell phone which were seized from the defendant on December 5, 2022.

4. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL



Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Kaley Austin-Aronson
Assistant United States Attorney

By: _____
Michael P. Felicetta
Assistant United States Attorney
Chief, Orlando Division

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

DELTA HENRY RUSHING, II

## INDICTMENT

Violation:

18 U.S.C. § 2422(b)
18 U.S.C. § 2260A



_____
Foreperson

Filed in open court this 7th day of August, 2024.

_____
Clerk

Bail  $ _____

GPO 863 525